433 F.2d 347
 CENTRAL SOYA OF CANTON, INC., Petitioner-Cross-Respondent,
v.
NATIONAL LABOR RELATIONS BOARD, Respondent-Cross-Petitioner.
 No. 29020.
 United States Court of Appeals, Fifth Circuit.
 October 14, 1970.
 
 Petition for review of a decision and order of the N.L.R.B. and cross-application for inforcement of an order of the N.L.R.B.
 Andrew P. Carter, New Orleans, La., Stanley R. Strauss, Washington, D. C., for petitioner.
 Lynn D. Poole, Atty., N.L.R.B., Marcel Mallet-Prevost, Asst. Gen. Counsel, N.L. R.B., Washington, D. C., Walter C. Phillips, Director, Atlanta, Ga., for respondent.
 Before TUTTLE, BELL and GOLDBERG, Circuit Judges.
 PER CURIAM:
 
 Enforced. See Local Rule 21.[1]
 
 
 Notes:
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, etc., 430 F.2d 966 [5 Cir., August 12, 1970]